02-11-497-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00497-CV

 

 


 
 
 Jack Speer, Individually and d/b/a S&R
 Electric, Inc.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Crescent Electric Supply company
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM County
Court at Law No. 2 OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

          On
January 30, 2012, we notified appellant that the trial court clerk responsible
for preparing the record in this appeal had informed the court that payment
arrangements had not been made for the clerk’s record as required by Texas Rule
of Appellate Procedure 35.3(a)(2).  See Tex. R. App. P. 35.3(a)(2).  We
stated that we would dismiss the appeal for want of prosecution unless
appellant, within fifteen days, made arrangements to pay for the clerk’s record
and provided this court with proof of payment.

          Because
appellant has not made payment arrangements for the
clerk’s record, it is the opinion of the court that the appeal should be
dismissed for want of prosecution.  Accordingly, we dismiss the appeal.  See
Tex. R. App. P. 37.3(b), 42.3(b).

Appellant
shall pay all costs of the appeal, for which let execution issue.

 

PER CURIAM

 

PANEL: 
WALKER,
MCCOY, and MEIER, JJ.

 

DELIVERED: 
February 23, 2012








 









[1]See
Tex. R. App. P. 47.4.